**Abatement Order filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00644-CR
_____

**RADAWN SANDERS TAPSCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 19-051**

---

### ABATEMENT ORDER

On February 1, 2022, following a filing from the court reporter indicating appellant no longer wished to prosecute this appeal, this court ordered that unless a motion to dismiss the appeal was filed on or before February 11, 2022, the appeal would be abated to allow the trial court to determine whether appellant desired to prosecute this appeal. Appellant has not filed any motion or other document regarding that issue.

Therefore, the judge of the 25th District Court shall (1) immediately conduct a hearing, at which appellant, appellant's counsel, and state's counsel shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute her appeal; and (2) prepare a record, in the form of a reporter's record, of the hearing. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court on or before **April 7, 2022**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.